UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In The Matter Of:   In Bankruptcy:

JOHN PETER ZIOLKOWSKI   Case No. 09-68567-SWR
KRYSTAL JEAN ZIOLKOWSKI   Chapter 7
   Hon. STEVEN W. RHODES

　　　　　　Debtor(s)
_____/

## NOTICE OF UNDER $5.00 DIVIDEND

To the Clerk of the United States Bankruptcy Court:

The attached check in the amount of $4.93 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The names and addresses of the parties associated with these dividends are as follows:

| **Claimant** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| Midwest Center for Dermotology<br>43900 Garfield<br>Clinton Township, MI 48038 | 2 | $1.41 |
| Omni Footcare Associates<br>42850 Schoenherr<br>Sterling Heights, MI 48313 | 7 | $3.52 |

　　　　　　　　　　　　　　　　　　　　　　**Total: $4.93**

Respectfully Submitted,

/s/ Gene R. Kohut
21 Kercheval Avenue, Suite 285
Grosse Pointe Farms, MI 48236
Phone: (313) 886-9765
E-mail: ecftrustee@gktrustee.com
Dated: 11/30/2010    [P47413]